**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| ZHENYA GRIGORYAN, | Case No. EDCV 26-2927-AB (AS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| TODD BLANCHE, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) granting the Petition; (2) ordering Respondents to immediately release Petitioner Zhenya Grigoryan (A# 249-271-203) from immigration detention subject to the conditions of Petitioner's most recent order or supervision, if any, and without the imposition of any new or further restraints; and (3) enjoining Respondents from re-

detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations.

Respondents are further ordered to file a status report within two days of the date of this Order confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 11, 2026

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2