JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

ZHENYA GRIGORYAN,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. EDCV 26-2927-AB (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: August 11, 2026

ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE